**RECONSTRUCTION FINANCE CORPORATION, Appellant, v. ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY, Debtor, et al.**

**No. 12471.**

Circuit Court of Appeals, Eighth Circuit.

Nov. 30, 1943.

James L. Homire, of New York City, Robert D. Evans, of St. Louis, Mo., Cassius M. Clay and Emmet McCaffery, both of Washington, D. C., and John R. Green and J. Porter Henry, both of St. Louis, Mo., for appellant.

Joseph R. Long, Thomas W. White, and G. Carroll Stribling, all of St. Louis, Mo., Alexander M. Lewis, of New York City, Jacob Chasnoff and Abraham Lowenhaupt, both of St. Louis, Mo., Edwin S. S. Sunderland, Judson C. McLester, Jr., Robert T. Swaine, and Leonard D. Adkins, all of New York City, Emmet T. Carter, of St. Louis, Mo., William V. Hodges, of New York City, Henry W. Anderson and George D. Gibson, both of Richmond, Va.,

Charles P. Williams and Charles J. Winkler, both of Boston, Mass., Jesse E. Waid, of New York City, Rhodes E. Cave, of St. Louis, Mo., Orville W. Wood, of New York City, Allen C. Orrick, William G. Pettus, Jr., and Thomas F. McDonald, all of St. Louis Mo., William J. Kane, of Baltimore, Ind., and A. M. Lewis, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from order of District Court, 46 F.Supp. 120, complained of, dismissed without costs in favor of either of the parties in this court, pursuant to stipulation.